IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNENCUMBERED ASSETS TRUST, *ET AL.*, | : : : | |
| Plaintiffs/Respondents, | : : | Case No. 2:05cv1021 |
| v. | : : | Judge James L. Graham |
| PERSEUS, LLC, *ET AL.*, | : : | Related to Adv. Pro. No. **04-2617** |
| Defendants/Movants. | : : : : | (*In re National Century Financial Enterprises, et al.*, Case No. 02-65235, Bankr. S.D. Ohio, E.D.) |

**AMENDED CERTIFICATE OF SERVICE FOR
MEMORANDUM OF RESPONDENTS UNENCUMBERED ASSETS TRUST AND
ERWIN I. KATZ, LTD., ITS TRUSTEE IN OPPOSITION TO
"MOTION OF DEFENDANTS PERSEUS, LLC, PAUL, WEISS, RIFKIND,
WHARTON & GARRISION LLP, AND BAIN & COMPANY TO WITHDRAW THE
REFERENCE" (Adversary Proceeding Docket No. 86)**

CERTIFICATE OF SERVICE

    I hereby certify that I have mailed on December 1, 2005, by United States Postal Service the foregoing document to the following:

| | | |
|---|---|---|
| Michael L. Bernstein<br>Charles A. Malloy<br>Arnold & Porter LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206 | William R. Maguire<br>Sarah Loomis Cave<br>Hughes Hubbard & Reed LP<br>One Battery Park Plaza<br>New York, NY 10004-1482 | Andrew N. Rosenberg<br>Elizabeth R. McColm<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Amanda J. Metts<br>McDermott Will & Emery LLP,<br>28 State Street<br>Boston, MA 02109 | Dan L. Cvetanovich<br>Yvette A. Cox<br>Tiffany C. Miller<br>Bailey Cavalieri LLC<br>One Columbus<br>10 West Broad Street<br>Columbus, Ohio 43215 | Tiffany S. Cobb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, Ohio 43216-1008 |

        s/ Stephanie D. Champ
Stephanie D. Champ (0075087)
Attorney for Plaintiffs
Carlile Patchen & Murphy LLP
366 East Broad Street
Columbus, OH 43215
Telephone:	(614) 228-6135
Email:  sdc@cpmlaw.com

SDC/SDC/687432.1
146095.002